IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. PD-0386-12





DANIEL PAUL BONE, Appellant


v.


THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

FROM THE THIRTEENTH COURT OF APPEALS

 GOLIAD COUNTY





Per curiam. Keasler, and Hervey, J.J., dissent.


O R D E R 


 The petition for discretionary review violates Rule's of Appellate Procedure 9.3(b)
because the original petition is not accompanied by 11 copies.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the Court of Criminal Appeals within thirty days after the date of this order.


Delivered: July 25, 2012

Do Not Publish.